UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re ACE LIMITED SECURITIES LITIGATION | ) ) ) ) ) | MDL No. 1675<br><br><u>CLASS ACTION</u><br><br>MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

In accordance with the Stipulation of Settlement filed on December 17, 2008 [Docket No. 32], the parties hereby move and request a hearing for preliminary approval of the settlement of this matter. Filed herewith is the [Revised Proposed] Order Preliminarily Approving Settlement and Providing for Notice. The proposed dates for notice, proofs of claim and objections were premised on the preliminary approval Order being issued by February 17, 2009.

DATED: February 24, 2009

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TOR GRONBORG
JEFFREY D. LIGHT
DEBRA J. WYMAN


                s/ Tor Gronborg
              TOR GRONBORG

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LAW OFFICES OF MARC S. HENZEL
MARC S. HENZEL (MSH 2062)
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
Telephone:  610/660-8000
610/660-8080 (fax)

Attorneys for Lead Plaintiffs

S:\Settlement\Ace Limited.set\MOT00057084.doc

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 25, 2009.

s/ Tor Gronborg
TOR GRONBORG

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: TorG@csgrr.com

United States District Court Eastern District of Pennsylvania
Case 2:05-md-01675-TJS    Document 34    Filed 02/25/2009    Page 4 of 6

Page 1 of 2

# Mailing Information for a Case 2:05-md-01675-TJS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JOHNNY W. CARTER**
  jcarter@susmangodfrey.com

- **STEPHEN A. COZEN**
  scozen@cozen.com,cwilliams@cozen.com

- **GEORGE M. GOWEN , III**
  ggowen@cozen.com

- **TOR GRONBORG**
  torg@lerachlaw.com,christina@lerachlaw.com,e_file_sd@lerachlaw.com

- **MARC S. HENZEL**
  mhenzel182@aol.com

- **NEAL S. MANNE**
  nmanne@susmangodfrey.com,mreeves@susmangodfrey.com

- **UDOKA NWANNA**
  udokan@lerachlaw.com

- **DEBRA J. WYMAN**
  debraw@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
MICHAEL GEISER
SUSMAN GODFREY LLP
1000 LOUISIANA
SUITE 5100
HOUSTON, TX 77002-5096

H. LEE GODFREY
SUSMAN GODREY LLP
1000 LOUISIANA
SUITE 5100
```

HOUSTON, TX 77002-5096

**JEFFREY SEELY**
SUSMAN GODFREY LLP
1000 LOUISIANA
SUITE 5100
HOUSTON, TX 77002-5096

**Manual Service List**

Benjamin Cooper
McKissock & Hoffman, P.C.
1818 Market Street, 13th Floor
Philadelphia, PA  19103
    215/246-2100
    215/246-2144 (Fax)

S:\Settlement\Ace Limited.set\Manual Service List.doc