IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : 
ACE LIMITED SECURITIES : 05-md-1675
LITIGATION : (MDL No. 1675)
  :

## ORDER

**AND NOW**, this 10th day of June, 2009, upon consideration of the Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and Award of Attorneys' Fees and Expenses (Document No. 43), and after hearings on March 5, 2009 and June 9, 2009, the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Stipulation of Settlement Agreement entered into between the parties on December 16, 2008 ("Stipulation of Settlement"), which is incorporated into this Order, is **APPROVED** as fair, reasonable and adequate.

2. Notice of the Stipulation of Settlement, proposed Plan of Allocation and Class Counsel's request for an award of attorneys' fees and expenses has been provided to all persons in the class as required by the Order of March 5, 2009, and the notice satisfies the requirements of Federal Rule of Civil Procedure 23(c).

3. The Class Representatives and the Class Members and all persons claiming by or through them are **PERMANENTLY BARRED** and **ENJOINED** from instituting, commencing and/or prosecuting, directly or indirectly, any claim, suit or proceeding against the defendants with respect to any and all settled claims against the defendants. The settlement claims are compromised, settled, released, remised, discharged and dismissed as against the defendants on the merits and with prejudice in accordance with the terms

of the Stipulation of Settlement.

4. ACE shall pay $1,950,000.00 into a Settlement Fund.

5. Class Counsel Coughlin Stoia Geller Rudman & Robbins LLP is awarded from the Settlement Fund attorneys' fees in the amount of $495,921.75, which is 25.4% of the Settlement Fund, and out-of-pocket expenses in the amount of $15,773.00, plus interest on both amounts at the same rate as earned on the Settlement Fund.

6. Expenses of providing notice and administration of settlement and taxes, which have been borne by Class Counsel, shall be paid out of the Settlement Fund.

7. The balance of the Settlement Fund ("Net Settlement Fund") shall be distributed to authorized claimants in accordance with the approved Plan of Allocation.

8. Six months from the date of distribution of the Net Settlement Fund, any balance remaining in the Net Settlement Fund shall be donated to Philadelphia Legal Assistance, 42 South 15th Street, Suite 500, Philadelphia, Pennsylvania 19102.

9. The parties are directed to carry out their obligations under the Stipulation of Settlement and in conformity with this Order.

10. This action is **DISMISSED WITH PREJUDICE**.

11. The Court retains jurisdiction over this action, the parties and each of the Class Members for all matters relating to this action and the Stipulation of Settlement, including those matters relating to the administration, interpretation, effectuation and/or investment of the Stipulation of Settlement and this Order.

12. The Clerk is directed to enter this order as a **FINAL JUDGMENT** pursuant to Federal Rule of Civil Procedure 58.

_____
TIMOTHY J. SAVAGE, J.