IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ACE LIMITED SECURITIES<br>LITIGATION | 05-md-1675<br>(MDL No. 1675) |

## ORDER

**AND NOW**, this 23rd day of June, 2009, this multidistrict litigation having been dismissed and final judgment having been entered pursuant to the Order of June 10, 2009 (Document No. 45), it is **ORDERED** that the following actions, which are part of the multidistrict litigation, are **DISMISSED WITH PREJUDICE**:

   a. *Friends of Ariel Center for Policy Research v. ACE Limited, et al.*, E.D. Pa. Civ. A. No. 04-4907;

   b. *John Mahaney, Jr. and Alaska Ironworkers Pension Trust v. Ace Limited, et al.*, E.D. Pa. Civ. A. No. 05-2306;

   c. *Steven Burda v. Ace Limited, et al.*, E.D. Pa. Civ. A. No. 05-2307; and

   d. *Thomas E. Barton v. Ace Limited, et al.*, E.D. Pa. Civ. A. No. 05-2308.

_____
TIMOTHY J. SAVAGE, J.